**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6661**

UBALDO ARRIAGA RAMIREZ,

Plaintiff - Appellant,

v.

LARRY RABON, MD (UCAC); STEPHEN HOEY, D.O. (BOP) Contract; CHRISTOPHER DAVIS, Public Health (APRN/FNP-C); MICHAEL BUNNELL, RN Public Health; LAWRENCE CROSS, HSA Public Health,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill. Donald C. Coggins, Jr., District Judge. (0:18-cv-01846-DCC)

Submitted: July 18, 2019                    Decided: July 23, 2019

Before WILKINSON, AGEE, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ubaldo Arriaga Ramirez, Appellant Pro Se. Marshall Prince, II, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ubaldo Arriaga Ramirez appeals the district court's order adopting the recommendation of the magistrate judge, denying Ramirez's motion for the appointment of counsel, and denying relief on his complaint alleging a *Bivens*[*] claim, a Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 2671-2680 (2012) claim, and a state medical malpractice claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ramirez v. Rabon*, No. 0:18-cv-01846-DCC (D.S.C. Apr. 24, 2019).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971).